

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-24-00074-CV

———————————————

IN RE JRMAR 'JJ' JEFFERSON, Relator

---

Original Proceeding

---

Before Bassel, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's emergency petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's emergency petition for writ of mandamus is denied.

Per Curiam

Delivered:  February 16, 2024